IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FRANA SCHULTE,

Plaintiff,

v.

PROGRESSIVE NORTHERN INSURANCE
COMPANY,

Defendant.

Case No. 25-1346 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: 5/4/2026

MONICA A. STUMP, Clerk of Court

Tina A Gray  Digitally signed by Tina A Gray
Date: 2026.05.04 08:33:50 -05'00'

**Deputy Clerk**

**Approved:**

**J. PHIL GILBERT
DISTRICT JUDGE**